```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ALTAUNE BROWN,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :      22-CV-6257 (VSB)
               -against-                                   :
                                                           :         ORDER
EDIBLE ARRANGEMENTS, LLC and 33rd                          :
STREET INVESTORS I LLC,                                    :
                                                           :
                              Defendants.                  :
                                                           X
-----------------------------------------------------------
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on July 22, 2022, (Doc. 1), and filed an affidavit of service as to Defendant Edible Arrangements on August 19, 2022, (Doc. 5.) The deadline for Defendant Edible Arrangements to respond to Plaintiff's complaint was September 1, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 11, 2022. If Plaintiff fails to do so or otherwise demonstrate that Plaintiff intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 26, 2022  
              New York, New York

                                                      _____  
                                                      VERNON S. BRODERICK  
                                                      United States District Judge